1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT R. ANDERSON
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | DARRELL LEPKOWSKY
Supervising Deputy Attorney General
5 | G. MICHAEL GERMAN, State Bar No. 103312
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2617
Fax: (619) 645-2581
9 | Attorneys for Defendants C. Jurcak, E. Pearch, R.
Myers, S. Day and K. Ricks
10 | SF2003200596

FILED

2005 APR 25  P 3: 44

CLERK, US DIST. COURT
EASTE...    ...SI CALIF
A...I..CRO
BY_____
         ...MIY

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 |

14 | **WAYNE RICHARDSON,**

CASE NO. 02-CV-5672 REC LJO P

15 | Plaintiff,

16 | v.

17 | **C. JURCAK, et al.,**

**STIPULATION AND ORDER TO EXTEND  DISCOVERY AND DISPOSITIVE MOTION CUTOFFS**

18 | Defendants.

19 |

20 | Plaintiff Wayne Richardson and Defendants C. Jurcak, E. Pearch, R. Myers, S.

21 | Day and K. Ricks hereby stipulate as follows:

22 | Defendants will respond to Plaintiff's two most recent sets of discovery requests,

23 | received by Defendants' counsel on April 11 and 15, 2005, within forty-five (45) days of the date

24 | each was served, though this discovery exceeds the May 6, 2005 discovery cutoff.  The parties

25 | also require additional time in which to meet and confer to resolve any discovery differences, and

26 | for Defendants to depose Plaintiff.  Accordingly, the parties stipulate that the discovery cutoff be

27 | extended to July 15, 2005, and that Plaintiff will submit to a deposition by Defendants' counsel

28 | by that date upon at least seven (7) days notice per Fed.R.Civ.P. 30(b)(1).

1  Once discovery, including the taking and transcribing of Plaintiff's deposition, is

2  completed, Defendants intend to file dispositive motion(s). Accordingly, the deadline for filing

3  pretrial dispositive motion(s) is extended to September 16, 2005.

4  **SO STIPULATED.**

5

6  Dated: April \_\_\_, 2005

7  _____
WAYNE RICHARDSON, Plaintiff, In Pro Per

8
   Dated: April 2 1, 2005          BILL LOCKYER
9                                   Attorney General of the State of California

10                                  ROBERT R. ANDERSON
                                    Chief Assistant Attorney General
11                                  FRANCES T. GRUNDER
                                    Senior Assistant Attorney General
12                                  DARRELL LEPKOWSKY
                                    Supervising Deputy Attorney General
13

14

15                                  G. MICHAEL GERMAN
16                                  Deputy Attorney General
                                    Attorneys for Defendants C. Jurcak,
17                                  E. Pearch, R. Myers, S. Day and K. Ricks

18

19  **SO ORDERED.**

20      Dated: _____

21

22

23                                  _____
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1         Once discovery, including the taking and transcribing of Plaintiff's deposition, is

2  completed, Defendants intend to file dispositive motion(s). Accordingly, the deadline for filing

3  pretrial dispositive motion(s) is extended to September 16, 2005.

4  **SO STIPULATED.**

5

6  Dated: April 21, 2005         *Wayne Richardson*

                                WAYNE RICHARDSON, Plaintiff, In Pro Per

7

8  Dated: April 21, 2005         BILL LOCKYER

9                             Attorney General of the State of California

10                         ROBERT R. ANDERSON
                         Chief Assistant Attorney General

11                         FRANCES T. GRUNDER
                         Senior Assistant Attorney General

12                         DARRELL LEPKOWSKY
                         Supervising Deputy Attorney General

13

14

15                         G. MICHAEL GERMAN

16                         Deputy Attorney General
                         Attorneys for Defendants C. Jurcak,

17                         E. Pearch, R. Myers, S. Day and K. Ricks

18

19  **SO ORDERED.**

20     Dated: April 25, 2005

21

22

23                       UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1

## DECLARATION OF SERVICE BY U.S. MAIL

2

3   Case Name:   **Richardson v. Jurcak, et al.**

4   Case No.:    **02-CV-5672 REC LJO P**

5   I declare:

6   I am employed in the Office of the Attorney General, which is the office of a member of the
California State Bar which member's direction this service is made. I am 18 years of age and
7   older and not a party to this matter. I am familiar with the business practice at the Office of the
Attorney General for collection and processing of correspondence for mailing with the United
8   States Postal Service. In accordance with that practice, correspondence placed in the internal
mail collection system at the Office of the Attorney General is deposited with the United States
9   Postal Service that same day in the ordinary course of business.

10   On April 22, 2005, I served the attached **STIPULATION AND ORDER TO EXTEND
DISCOVERY AND DISPOSITIVE MOTION CUTOFFS** by placing a true copy thereof
11   enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection
system at the Office of the Attorney General at San Diego, addressed as follows:

12

13   Wayne Richardson
J-87739
14   High Desert State Prison
P.O. Box 270220
15   Susanville, CA  96127-0004
In Pro Per
16

17
I declare under penalty of perjury under the laws of the State of California the foregoing is true
18   and correct and that this declaration was executed on April 22, 2005, at San Diego, California.

19
                    Ileana G. Chavarin                          /s/ - Ileana Chavarin
20   _____          _____
                        Declarant                                   Signature
21
Proof.wpd
22

23

24

25

26

27

28