UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>        Plaintiff,<br><br>   v.<br><br>C. JURCAK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-CV-5672-REC-LJO-P<br><br>ORDER GRANTING REQUESTS FOR EXTENSION OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>(Docs. 55 and 56)<br><br>New Discovery Deadline:  09/30/05<br>New Motion Deadline:     11/30/05 |

     Plaintiff Wayne Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2005, plaintiff filed a motion seeking an extension of the discovery deadline. On July 13, 2005, defendants filed a statement of non-opposition to plaintiff's motion, but requested that the dispositive motion deadline also be extended.

     The parties' requests are GRANTED. The deadline for the completion of all discovery is extended to **September 30, 2005**, and the deadline for filing pre-trial dispositive motions is extended to **November 30, 2005**.

IT IS SO ORDERED.

**Dated:   July 21, 2005**                  /s/ Lawrence J. O'Neill
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE