1 BILL LOCKYER
Attorney General of the State of California
2 JAMES. M. HUMES
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 RICHARD F. WOLFE
Supervising Deputy Attorney General
5 G. MICHAEL GERMAN, State Bar No. 103312
Deputy Attorney General
6   110 West A Street, Suite 1100
  San Diego, CA 92101
7   P.O. Box 85266
  San Diego, CA 92186-5266
8   Telephone: (619) 645-2617
  Fax: (619) 645-2581
9 Attorneys for Defendants C. Jurcak, E. Pearch, R.
Myers, S. Day and K. Ricks
10 SF2003200596

FILED
OCT 1 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>                        Plaintiff,<br><br>v.<br><br>C. JURCAK, et al.,<br><br>                        Defendants. | NO. 02-CV-5672 REC LJO P<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION CUTOFFS |

20       Plaintiff Wayne Richardson and Defendants C. Jurcak, E. Pearch, R. Myers, S. Day and

21 K. Ricks hereby stipulate as follows:

22       1. The parties stipulate that the discovery cutoff be extended to December 16, 2005; and

23       2. The deadline for filing pretrial dispositive motion(s) is extended to February 17, 2006.

24 **SO STIPULATED.**

25

26 Dated: October 6, 2005            _Wayne Richardson_
                                                   WAYNE RICHARDSON, Plaintiff, In Pro Per
27

28

1 | Dated: October 4, 2005        BILL LOCKYER
                                   Attorney General of the State of California
2
                                   JAMES M. HUMES
3                                  Chief Assistant Attorney General

                                   FRANCES T. GRUNDER
4                                  Senior Assistant Attorney General

                                   RICHARD F. WOLFE
5                                  Supervising Deputy Attorney General

6

7                                  /s/ G. Michael German

8                                  G. MICHAEL GERMAN
                                   Deputy Attorney General
                                   Attorneys for Defendants C. Jurcak,
9                                  E. Pearch, R. Myers, S. Day and K. Ricks

10

11

12 | **SO ORDERED.**

         Dated: Oct 17, 2005
13

14

15                                 _____
16                                 UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order to Extend Discovery and Dispositive Motion Cutoffs          02-CV-5672 REC LJO P

1 | **DECLARATION OF SERVICE BY U.S. MAIL**

2 | Case Name: **Richardson v. Jurcak, et al.**

3 | Case No.: **1:02-CV-5672 REC LJO P**

4 | I declare:

5 | I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On October 7, 2005, I served the attached:

**STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION CUTOFFS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Wayne Richardson, CDCR# J-87739
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127-0004

**IN PRO PER**
**CDC #J-87739**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 7, 2005, at San Diego, California.

C. Valdivia                                   /s/ C. Vald---
Declarant                                         Signature

80050853.wpd