1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  WAYNE RICHARDSON, | CASE NO. 1:02-CV-5672-REC-LJO-P |
| 10                        Plaintiff, | ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINE |
| 11       v. | PURSUANT TO PARTIES' STIPULATION |
| 12  C. JURCAK, et al., | (Doc. 62) |
| 13                        Defendants. | Discovery Deadline:  03/17/06 |
| 14  _____ / | Dispositive Motion Deadline:  05/05/06 |

15        On February 16, 2006, the parties filed a stipulation to extend the discovery deadline to

16   March 17, 2006, and the pre-trial dispositive motion deadline to May 2, 2006.  Accordingly, the

17   deadlines are so extended.

18

19   IT IS SO ORDERED.

20   **Dated:    February 17, 2006**                    **/s/ Lawrence J. O'Neill**
21   i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28

1