BILL LOCKYER
Attorney General of the State of California
JAMES. M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MICHELLE DES JARDINS
Supervising Deputy Attorney General
G. MICHAEL GERMAN, State Bar No. 103312
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 645-2617
 Fax:  (619) 645-2581
Attorneys for Defendants Jurcak,
Pearch, Myers, Day and Ricks
SF2003200596

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| **WAYNE RICHARDSON,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**C. JURCAK, et al.,**<br>                                   Defendants. | NO. 02-CV-5672 REC LJO P<br><br>**ORDER ON STIPULATION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION CUTOFFS (Doc. 65)** |

On March 20, 2006, the parties filed a stipulation to extend the discovery deadline to June 2, 2006, and to extend the pre-trial dispositive motion deadline to August 4, 2006. Accordingly, the deadlines are hereby extended.

IT IS SO ORDERED.

**Dated:     March 21, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE