1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| WAYNE RICHARDSON, | CASE NO. 1:02-CV-05672-OWW-LJO-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS UNTIMELY |
| v. | (Doc. 70) |
| C. JURCAK, et al., | ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO CSP-CALIPATRIA AND RE-SERVE DOCUMENTS 63, 66, 68, AND 69, INCLUDING LOCAL RULE 16-281 AS SET FORTH IN DOCUMENT 69 |
| Defendants. | |

10

11

12

13

14

15

16

_____/

17    On August 24, 2006, plaintiff filed a motion to compel.  Pursuant to the Court's order of

18  March 21, 2006, the deadline for the completion of all discovery, including filing motions to compel,

19  was June 2, 2006.  Plaintiff's motion to compel is untimely and shall be denied on that ground.

20    The caption to plaintiff's motion to compel indicates that plaintiff's current address is

21  California State Prison-Calipatria.  However, plaintiff has not filed a notice of change of address

22  with the Court and his address of record is High Desert State Prison.  Per California Department of

23  Corrections and Rehabilitation personnel, plaintiff transferred on February 10, 2006.  Upon review

24  of the record, the Court notes that plaintiff mentioned his transfer in the body of his request for an

25  extension of time filed on March 17, 2006.  This is insufficient notice, as neither the Clerk's Office

26  nor the Court scan incoming filings for changes of address buried in the text.  Address changes

27  require a notice of change of address.

28  ///

1    The Court will direct the Clerk's Office to update plaintiff's address of record and re-serve

2  the four orders filed since plaintiff's transfer.  Plaintiff is admonished that it is his responsibility to

3  file a notice of change of address each time he changes institution.

4    Based on the foregoing, it is HEREBY ORDERED that:

5    1.   Plaintiff's motion to compel, filed August 24, 2006, is DENIED as untimely;

6    2.   The Clerk's Office shall change plaintiff's address of record to California State

7         Prison-Calipatria; and

8    3.   The Clerk's Office shall re-serve documents 63, 66, 68, and 69, including the copy

9         of Local Rule 16-281 as set forth in 69, on plaintiff at CSP-Calipatria.

10

11  IT IS SO ORDERED.

12  **Dated:   August 25, 2006**                    **/s/ Lawrence J. O'Neill**
    b9ed48                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28