# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>            Plaintiff,<br><br>     v.<br><br>C. JURCAK, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:02-CV-05672-OWW-LJO-P<br><br>ORDER ASSIGNING ACTION TO UNITED STATES MAGISTRATE JUDGE LAWRENCE J. O'NEILL<br><br>(Docs. 6 and 74) |

   This is a civil rights action filed pursuant to 42 U.S.C. § 1983. It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

   1.   This action is assigned to United States Magistrate Judge Lawrence J. O'Neill for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

   2.   The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Lawrence J. O'Neill; and

   3.   The new case number shall be 1:02-CV-05672-LJO-P.

IT IS SO ORDERED.

**Dated:    September 16, 2006**              /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE

1