# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>C. JURCAK, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:02-CV-05672-OWW-LJO-P<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL DATES, AND AMENDING SECOND SCHEDULING ORDER DEADLINES<br><br>Telephonic Trial Confirmation<br>Hearing:    December 18, 2006, at 8:30 a.m. in Courtroom 8 (LJO)<br><br>Jury Trial:    January 23, 2007, at 9:00 a.m. in Courtroom 8 (LJO) |

On September 18, 2006, this action was reassigned to the undersigned. Due to the reassignment and scheduling conflicts, the dates set forth in the Second Scheduling Order must be modified. Accordingly, it is HEREBY ORDERED that:

1. The telephonic trial confirmation hearing is continued from **November 1, 2006**, at 8:30 in Courtroom 8 before the undersigned to **December 18, 2006**, at 8:30 a.m. in Courtroom 8;

2. Jury trial is continued from **December 5, 2006**, in Courtroom 3 before the Honorable Oliver W. Wanger to **January 23, 2007**, in Courtroom 8 before the undersigned;

3. Plaintiff shall serve and file a pre-trial statement as described in this order on or before **November 6, 2006**;

4. Defendants shall serve and file a pre-trial statement as described in this order on or before **December 4, 2006**;

5. If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in this order on or before **November 6, 2006**;

6. The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **December 4, 2006**; and

7. If plaintiff wishes to obtain the attendance of unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders, as described in subsection 4 of this order, to the court on or before **December 4, 2006**.

IT IS SO ORDERED.

**Dated:**   **September 19, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                     UNITED STATES MAGISTRATE JUDGE