# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON, | CASE NO. 1:02-CV-05672-LJO-P |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE PRETRIAL STATEMENT THAT MEETS THE REQUIREMENTS OF LOCAL RULE 16-281 |
| v. | |
| C. JURCAK, et al., | (Doc. 79) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF LOCAL RULE 16-281 |

On September 18, 2006, plaintiff filed a pretrial statement in compliance with the court's scheduling order filed on August 11, 2006. Plaintiff was provided with a copy of Local Rule 16-281, which sets forth what must be included in the pretrial statement, but his pretrial statement falls well short of compliance with the rule as it lists only the disputed and undisputed facts. At a minimum, plaintiff must include the relief he seeks, his witness list, which should include his own name, his exhibit list, any discovery documents he intends to use at trial, and his position on settlement.

The Clerk's Office will again be directed to send plaintiff a copy of Local Rule 16-281. Pursuant to the order filed on September 19, 2006, the telephonic trial confirmation hearing and jury trial dates were continued, as were the dates for the parties to file pretrial statements and witness motions. Under the current scheduling order, plaintiff's pretrial statement is not due until November 6, 2006. Therefore, plaintiff has ample time to draft and file a new pretrial statement.

///

///

1 | Based on the foregoing, it is HEREBY ORDERED that:
2 | 1. The Clerk's Office shall send plaintiff a copy of Local Rule 16-281; and
3 | 2. Plaintiff shall file a new pretrial statement that complies with Local Rule 16-281(b),
4 | on or before November 6, 2006.

IT IS SO ORDERED.

**Dated:**   **September 21, 2006**              /s/ Lawrence J. O'Neill
i0d3h8                                           UNITED STATES MAGISTRATE JUDGE