BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205
 Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Attorneys for Defendants
Day, Doser, Jurcak, Myers, Pearch and Ricks

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>                                        Plaintiff,<br><br>    v.<br><br>C. JURCAK, et al.,<br><br>                                        Defendants. | 1:02-cv-5672 LJO P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME UP TO AND INCLUDING DECEMBER 20, 2006, TO FILE THEIR PRETRIAL STATEMENT**<br><br>**(Doc. 86)** |

   Defendants' request for an extension of time to file a pretrial statement in this matter was considered by this Court, and good cause appearing,

   IT IS HEREBY ORDERED that Defendants have until and including December 20, 2006, to file a pretrial statement.

IT IS SO ORDERED.

**Dated:    November 27, 2006**                    **/s/ Lawrence J. O'Neill**
i0d3h8                                                             UNITED STATES MAGISTRATE JUDGE

1