1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   WAYNE RICHARDSON,                CASE NO. 1:02-CV-05672-LJO-P

10                 Plaintiff,        ORDER CONTINUING TELEPHONIC TRIAL
CONFIRMATION HEARING FROM
11     v.                        DECEMBER 18, 2006, TO JANUARY 5, 2007,
AND DIRECTING CLERK'S OFFICE TO FAX
12   C. JURCAK, et al.,           ORDER TO CSP–CALIPATRIA

13               Defendants.    **Date:**       **January 5, 2007**
                             **Time:**       9:30 a.m.
14                                 **Courtroom:**  8 (LJO)

15 _____/

16
17       This matter is currently set for a telephonic trial confirmation hearing on December 18, 2006,

18 at 8:30 a.m., and jury trial on January 23, 2007, at 9:00 a.m.  Due to a scheduling conflict, it is

19 HEREBY ORDERED that:

20     1.     The telephonic trial confirmation hearing is continued from December 18, 2006, at

21            8:30 a.m. to January 5, 2007, at 9:30 a.m. in Courtroom 8 before the undersigned;

22            and

23     2.     The Clerk's Office shall send a courtesy copy of this order by facsimile to the

24            Litigation Coordinator at California State Prison-Calipatria.[1]

25 IT IS SO ORDERED.

26 **Dated:**   **November 27, 2006**      **/s/ Lawrence J. O'Neill**
    i0d3h8                           UNITED STATES MAGISTRATE JUDGE

27
28       [1] As set forth in the Court's order filed on August 11, 2006, defendants' counsel shall arrange for the
participation of plaintiff and shall initiate the conference call.  (Doc. 69.)