# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>        Plaintiff,<br><br>    v.<br><br>C. JURCAK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:02-CV-05672-LJO-P<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING FROM JANUARY 5, 2007, TO JANUARY 4, 2007, AND DIRECTING CLERK'S OFFICE TO FAX ORDER TO CSP–CALIPATRIA<br><br>Date:      January 4, 2007<br>Time:     9:30 a.m.<br>Courtroom: 8 (LJO) |

       This matter is currently set for a telephonic trial confirmation hearing on January 5, 2007, at 9:30 a.m., and jury trial on January 23, 2007, at 9:00 a.m. Due to a scheduling conflict, it is HEREBY ORDERED that:

    1.    The telephonic trial confirmation hearing is continued from January 5, 2007, at 9:30 a.m. to January 4, 2007, at 9:30 a.m. in Courtroom 8 before the undersigned; and

    2.    The Clerk's Office shall send a courtesy copy of this order by facsimile to the Litigation Coordinator at California State Prison-Calipatria.[1]

IT IS SO ORDERED.

**Dated:   December 12, 2006**          **/s/ Lawrence J. O'Neill**
i0d3h8                                          UNITED STATES MAGISTRATE JUDGE

---

[1] As set forth in the Court's order filed on August 11, 2006, defendants' counsel shall arrange for the participation of plaintiff and shall initiate the conference call. (Doc. 69.)