# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>          Plaintiff,<br><br>     v.<br><br>C. JURCAK, E. PEARCH, RICKS,<br>R. MYERS, S. DAY, AND G. DOSER,<br><br>          Defendants.<br>_____ / | CASE NO. 1:02-cv-05672-LJO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR THE ATTENDANCE OF INCARCERATED WITNESSES CHESTER AND BRYANT AT TRIAL ON JANUARY 23, 2007<br><br>(Docs. 78, 81, and 82) |

Plaintiff Wayne Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This is an action for damages proceeding on plaintiff's complaint, filed June 6, 2002, against defendants C. Jurcak, E. Pearch, Ricks, R. Myers, S. Day, and G. Doser ("defendants") on plaintiff's claim that defendants violated plaintiff's rights under the Eighth Amendment of the United States Constitution on August 9, 1999, when they failed to protect plaintiff prior to and during the course of an attack on plaintiff by inmate Moore.

Plaintiff filed motions for the attendance of incarcerated witnesses TaJuan Chester, P-23137, and Eric Bryant, H-43451, on September 18, 2006, November 6, 2006, and November 20, 2006. Defendants did not object.

The Court finds that plaintiff has met his burden of demonstrating that both inmates are willing to testify and possess actual knowledge of relevant information. Accordingly, plaintiff's

///

1  motions are GRANTED, and inmates Chester and Bryant shall be transported for jury trial on
2  January 23, 2007.

4  IT IS SO ORDERED.

5  **Dated:   December 21, 2006**           /s/ Lawrence J. O'Neill
   b9ed48                                    UNITED STATES MAGISTRATE JUDGE