# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. JURCAK, E. PEARCH, RICKS,<br>R. MYERS, S. DAY, AND G. DOSER,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:02-cv-05672-LJO PC<br><br>ORDER SETTING TELEPHONIC SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE SANDRA M. SNYDER<br><br>Date:　　　January 8, 2007<br>Time:　　　9:30 a.m.<br>Courtroom:　7 (SMS)<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE AT CSP-CALIPATRIA |

Pursuant to discussion during the telephonic trial confirmation hearing held on January 4, 2007, at 9:30 a.m., it is HEREBY ORDERED that:

1.  A telephonic settlement conference is set for January 8, 2007, at 9:30 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder;

2.  Counsel for defendants shall arrange the conference call and shall initiate the call to 559-499-5690; and

3.  The Clerk's Office shall send a copy of this order by facsimile to the Litigation Office at CSP-Calipatria.

IT IS SO ORDERED.

**Dated:　January 4, 2007**　　　　　　　　/s/ Lawrence J. O'Neill
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1