# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. JURCAK, E. PEARCH, RICKS,<br>R. MYERS, S. DAY, AND G. DOSER,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. 1:02-cv-05672-LJO PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF INVOLVEMENT IN PRIOR BATTERY INCIDENTS, SUBJECT TO USE ON REBUTTAL SUPPORTED BY COMPETENT EVIDENCE<br><br>(Doc. 97) |

Plaintiff Wayne Richardson ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This is an action for damages proceeding on plaintiff's complaint, filed June 6, 2002, against defendants C. Jurcak, E. Pearch, Ricks, R. Myers, S. Day, and G. Doser ("defendants") on plaintiff's claim that defendants violated plaintiff's rights under the Eighth Amendment of the United States Constitution on August 9, 1999, when they failed to protect plaintiff prior to and during the course of an attack on plaintiff by inmate Moore.

Plaintiff contends that he was stabbed as a result of an ongoing dispute between the Crips and the Bloods (two established prison gangs) of which defendants should have been aware. Defendants seeks to offer the alternate theory that plaintiff was stabbed in retaliation for prior occasions in which plaintiff was involved in batteries on other inmates. Pursuant to discussion during the telephonic trial confirmation hearing held on January 4, 2007, at 9:30 a.m. and subject to the Court's order filed January 4, 2007, defendants were given until 4:00 p.m. on January 8, 2007, within which to provide

1  plaintiff and the Court with copies of their documentary evidence establishing a link between the two
2  incidents of battery involving plaintiff and the incident on August 9, 1999. Defendants were
3  informed that if they were unable to cite any evidence establishing a link between the events, in
4  support of their theories concerning motivation and retaliation, plaintiff's motion to exclude
5  evidence of these battery incidents would be granted. On January 8, 2007, defendants submitted the
6  evidence they assert establishes the link.

7  It is undisputed that plaintiff was a member of the Crips at the time of the incident at issue
8  in this action. (Undisputed Fact 11.) Defendants assert that plaintiff is linked to an incident on
9  November 14, 1996, in which inmate Smith, who has been identified as a member of the Bloods,
10 was stabbed, and that plaintiff acted in concert with inmate Horton, who has been identified as a Crip
11 from the Compton area. With respect to the June 29, 1997, incident, defendants assert that plaintiff
12 acted in concert with a number of inmates, including Horton, a member of the Crips.

13 The Rules Violation Reports concerning both incidents, which are on defendants' exhibit list
14 and may be used at trial, contain no information that the incidents were gang related and contain no
15 information concerning gang affiliation of any involved inmates. The RVRs show that on November
16 14, 1996, plaintiff and inmate Horton were involved in a battery on inmate Smith, and on June 29,
17 1997, plaintiff, inmate Horton, and other inmates were involved in a battery on inmate Grajales.
18 These documents do not support the existence of the link defendants purport exists between the
19 events, and the evidence defendants submit to establish that inmate Smith was a Blood and inmate
20 Horton was a Crip is not provided for in the Pretrial Order, as Lewis and Young are not listed as
21 potential witnesses and the documents referred to by Lewis and Young in their declarations are not
22 on defendants' exhibit list.

23 Defendants have not met their burden of establishing a link between the events, and
24 plaintiff's motion to exclude evidence of his involvement in the battery incidents on November 14,
25 ///
26 ///
27 ///
28 ///

1996, and June 29, 1997, is GRANTED, subject to use by defendants on rebuttal if supported by competent evidence.

IT IS SO ORDERED.

**Dated:   January 9, 2007**                         /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE