# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RICHARDSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. JURCAK, E. PEARCH, RICKS,<br>R. MYERS, S. DAY, AND G. DOSER,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | CASE NO. 1:02-cv-05672-LJO PC<br><br>NOTICE AND ORDER THAT PLAINTIFF RICHARDSON AND INMATES BRYANT AND CHESTER ARE NO LONGER NEEDED AS WITNESSES IN THESE PROCEEDINGS AND THE WRITS OF HABEAS CORPUS AD TESTIFICANDUM ARE DISCHARGED |

Jury trial in this matter commenced on January 23, 2007, at 9:00 a.m. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for defendants and against plaintiff on January 23, 2007.

Accordingly, plaintiff Wayne Richardson, # J-87739, and inmate witnesses Eric Bryant, # H-43451, and TaJuan Chester, # P-23137, are no longer needed by the court as witnesses in these proceedings, and the writs of habeas corpus ad testificandum as to these three inmates are HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:　January 23, 2007**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
i0d3h8　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1